**DENIED and Opinion Filed October 8, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-01036-CV**

**IN RE RASHAD WHITE AND SEBRA PROUTT, Relators**

**Original Proceeding from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. 1-24-1007**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Pedersen, III

Before the Court is relators' August 30, 2024 petition for writ of habeas corpus. Relators make various complaints about a trial court proceeding culminating in purported orders dated July 1, 2024, and August 1, 2024, granting temporary managing conservatorship of relators' children to the Texas Department of Family and Protective Services. Relators seek the return of their children, contending that they have a superior right to possession of their children pursuant to a purported 2020 order.

Relators' petition does not comply with the Texas Rules of Appellate Procedure in numerous respects. *See* TEX. R. APP. P. 52.1; TEX. R. APP. P. 52.3(a)–

(k); Tᴇx. R. Aᴘᴘ. P. 52.7(a). Thus, relators' petition does not meet the requirements of the Texas Rules of Appellate Procedure for consideration of a writ of habeas corpus or other extraordinary relief. *See In re Guillaume*, No. 05-24-00765-CV, 2024 WL 3548511, at *1 (Tex. App.—Dallas July 26, 2024, orig. proceeding) (mem. op.) (denying mandamus relief based on relator's failure to comply with several Texas Rules of Appellate Procedure).

Accordingly, we deny relators' petition.

Additionally, based on our review, relators' petition contains unredacted sensitive data, including a minor's full name, in violation of Texas Rule of Appellate Procedure 9.9. *See* Tᴇx. R. Aᴘᴘ. P. 9.9. Accordingly, we also strike relators' petition.

241036f.p05

/Bill Pedersen, III//
BILL PEDERSEN, III
JUSTICE